# LeClairRyan

*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard
Sixteenth Floor
Newark, NJ 07102
(973) 491-3600
Attorneys for Plaintiff, Ramada Worldwide Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>INN AT THE WICKLIFFE, LLC, an Ohio limited liability company; MEETA SHETH, an individual; and GHANSHYAM PATEL, an individual,<br><br>    Defendants. | Civil Action No. 15-cv-3975 (WHW)(CLW)<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT MEETA SHETH ONLY PURSUANT TO FED. R. CIV. P. 55(a)** |

TO:    CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY.

YOU WILL PLEASE ENTER the default of defendant **Meeta Sheth only** for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

               LeClairRyan
               Attorneys for Plaintiff,
               Ramada Worldwide Inc.

             By:_____
                Bryan P. Couch

Dated: September 28, 2015

# LeClairRyan

*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard
Sixteenth Floor
Newark, NJ 07102
(973) 491-3600
Attorneys for Plaintiff, Ramada Worldwide Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INN AT THE WICKLIFFE, LLC, an Ohio limited liability company; MEETA SHETH, an individual; and GHANSHYAM PATEL, an individual, <br><br> Defendants. | Civil Action No. 15-cv-3975 (WHW)(CLW) <br><br> **CERTIFICATION OF BRYAN P. COUCH IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT MEETA SHETH ONLY PURSUANT TO FED. R. CIV. P. 55(a)** |

BRYAN P. COUCH, of full age, hereby certifies and states:

1. I am an attorney-at-law of the State of New Jersey and a shareholder of the law firm of LeClairRyan, attorneys for plaintiff, Ramada Worldwide Inc. ("RWI"), in the above-captioned matter. As such, I have personal knowledge of the facts contained herein.

2. I make this certification in support of RWI's application for the entry of default against defendant Meeta Sheth ("Defendant") only pursuant to Federal Rule of Civil Procedure 55(a).

3. On June 15, 2015, we forwarded the Summons and Complaint to Recon Management Group ("Recon") to effectuate personal service upon Defendant.

4.  Despite diligent efforts and inquiry, Recon has been unable to locate defendant Meeta Sheth.  See Affidavit of Diligent Efforts attached hereto as Exhibit A.

5.  By letter dated July 21, 2015, a true copy of which is attached hereto as Exhibit B, RWI served Defendant with a copy of the Summons and Complaint via regular and certified mail, return receipt requested pursuant to Fed R. Civ. P. 4(e)(1).

6.  I have not heard from the Defendant and to my knowledge no filing was made with the Court under Local Civ. R. 6.1(b).

7.  The time in which Defendant may answer or otherwise respond to the aforementioned Complaint has expired and has not been further extended or enlarged by the Court, and Defendants have not answered or otherwise moved.

8.  Accordingly, this request is being made for the entry of default against Defendant in the above-captioned matter.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Bryan P. Couch

Executed on:  September 28, 2015
Newark, New Jersey

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

RAMADA WORLDWIDE INC.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

INN AT THE WICKLIFFE, LLC, ET AL.,
*Defendant*

CASE NUMBER: 2:15-CV-03975-WHW-CLW

TO: *(Name and address of Defendant):* **MEETA SHETH**

2793 Enclave Bay Dr.
Chattanooga TN 37415

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

MARIA F. GARCIA
(By) DEPUTY CLERK

ISSUED ON 2015-06-15 13:56:23, Clerk
USDC NJD

## Affidavit of Diligent Efforts as to Meeta Sheth

## Re: Ramada Worldwide, Inc. v. Inn at the Wickliffe, LLC et al.

1. Affiant, William H. Narro, is an employee of RECON Management Group, LLC and is an attorney licensed in the State of Michigan and makes this affidavit on information and belief on 7-14-2015.

2. Affiant proceeded with preliminary research to locate a viable current address for Defendant on 6-16-15

3. Based on the research and data received and processed, as well as, client-supplied data, we forwarded the summons and complaint on Defendant to TN server on 6-18-15 (Defendant traced to an address at 2793 Enclave Bay Dr. Chattanooga TN 37415).

4) TN server reported on 7-9-15 that Defendant was not personally served at 2793 Enclave Bay Dr. Chattanooga TN 37415 as server was unable to locate Defendant at the locations after numerous attempts on 6-25, 6-26, and twice on 7-8-15. Defendant, Meeta Sheth, has resided continuously at 2793 Enclave Bay Dr. Chattanooga TN 37415 since 2007

5) We have no further alternative location information for this Defendant after diligent inquiry and attempts and assert that the address listed as the principal's residential address at 2793 Enclave Bay Dr. Chattanooga TN 37415 is the last known address associated with Defendant and we believe Defendant, through its agents, employees or relatives is attempting to evade service in this matter.

Dated: 7-14-15

William H. Narro, J.D.
RECON Management Group
30400 Telegraph Rd. #472
Bingham Farms MI 48025
248-540-0160

Subscribed to and sworn before

me on  7/14/15
In the State of Michigan County
of Oakland.

*[signature]*

Notary Public

JAMES DEAN SCHOENHERR
NOTARY PUBLIC, STATE OF MICH.
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan. 12, 2018
ACTING IN THE COUNTY OF Oakland

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1) | DATE

NAME OF SERVER (PRINT): DENIS BAKKOM
TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 2793 Enclave Bay Dr. Chattanooga TN 37415

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: Attempts made 6/25/15 @ 10:00am, 6/26/15 @ 7:15 pm, 7/8/15 9:00 am & 7/8/15 @ 6:30 pm. - No answer at the door.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/9/15
Date

Signature of Server

P.O. Box 17446, Chattanooga, TN 37415
Address of Server

TOTAL P.05

5

# EXHIBIT B



July 21, 2015

**VIA REGULAR AND CERTIFIED MAIL**

Meeta Sheth
2793 Enclave Bay Dr.
Chattanooga, TN 37415

Re:  **Ramada Worldwide Inc. v. Inn at the Wickliffe, LLC, et al.
Civil Action No. 15-cv-3975**

Dear Sir or Madam:

Enclosed for service upon you is a Summons and Complaint filed against Defendants, Inn at the Wickliffe, LLC, Meeta Sheth and Ghanshyam Patel, in the United States District Court for the District of New Jersey. Please be guided accordingly.

Very truly yours,

Bryan P. Couch
Attorney at Law

BPC:sem
Enclosure

E-mail: Bryan.Couch@leclairryan.com
Direct Phone: (973) 491-3582
Direct Fax: (973) 491-3632

1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
Phone: 973.491.3600 \ Fax: 973.491.3555

CALIFORNIA \ COLORADO \ CONNECTICUT \ MARYLAND \ MASSACHUSETTS \ MICHIGAN \ NEW JERSEY \ NEW YORK \ PENNSYLVANIA \ VIRGINIA \ WASHINGTON, D.C.

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM